1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiffs  OUSSAMA MANNAA, SHIRLEY AZZGHAYER**

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  OUSSAMA MANNAA, SHIRLEY AZZGHAYER    )
                                         )
13           Plaintiffs,                 )    **Civil Action No.**
                                         )
14        v.                             )
                                         )
15  MICHAEL CHERTOFF, Secretary          )
    Department of Homeland Security      )
16  ROSEMARY MELVILLE  District Director )    **COMPLAINT FOR**
    USCIS San Francisco District Office  )    **MANDAMUS**
17  EMILIO T. GONZALEZ, Director, USCIS  )
    ALBERTO GONZALES, Attorney General,  )    **IMMIGRATION CASE**
18  Department of Justice                )
                    Defendants           )
19  _____  )

20                     **I. INTRODUCTION**

21
         This action is brought by Plaintiff Oussama Mannaa to compel Defendants
22
    to process the necessary background checks and adjudicate his application for
23
    Adjustment of Status to Permanent Residence (Form I-485) under 8 U.S.C.
24
    §1255.   Plaintiff's application is based on his marriage to a United States
25
    citizen.  His application was filed on or about June 24, 2004 with the San
26
    Francisco District Office of the United States Citizenship and Immigration
27

28  *Mannaa v. Chertoff*
    Complaint for Mandamus              1

1  Services ("USCIS").   Plaintiff has been informed that his  application is pending

2  an FBI name check.  Defendants have failed to complete his background check

3  and failed to adjudicate the application.

4      This action is also brought by Plaintiff Shirley Azzghayer to compel

5  Defendants to process the Petition For Alien Relative (Form I-130) under 8

6  U.S.C. §1154(a) and (b) and  8 C.F.R. §204.2(a)(3)  to classify her husband,

7  Oussama Mannaa, as the spouse of a United States citizen.  The I-130 visa

8  petition was filed on or about June 24, 2004 together with the Form I-485

9  mentioned above with the San Francisco District Office of the United States

10  Citizenship and Immigration Services ("USCIS").   Plaintiffs have been

11  interviewed by Defendants concerning the I-130 visa petition.  Plaintiffs have

12  not been informed of the status of this petition.

13

14                          **II.  PARTIES**

15      1.  Plaintiff, Oussama Mannaa, is currently an applicant for adjustment

16  of status to lawful permanent residence as the spouse of a United States

17  citizen.  He resides in San Mateo, California.

18

19      2.  Plaintiff, Shirley Azzghayer, is a United States citizen.   She is the

20  spouse of Oussama Mannaa.  She resides in San Mateo, California.

21

22      3.    Defendant Michael Chertoff is sued in his official capacity as  the

23  Secretary of the Department of Homeland Security.  In this capacity he has

24  responsibility for the administration and enforcement of the immigration laws

25  pursuant to 8 U.S.C. §1103(a) including the accurate, efficient and secure

26  processing of immigration benefits.

27

28  *Mannaa v. Chertoff*
    Complaint for Mandamus                    2

1        4.  Defendant Rosemary Melville is sued in her official capacity as the

2   District Director of the San Francisco District Office of the United States

3   Citizenship and Immigration Services, an agency within the Department of

4   Homeland Security, which is charged by law with the duty of adjudicating  I-

5   485 applications  for adjustment of status to lawful permanent residence under

6   8 U.S.C. §1255.

7

8        5.  Defendant Emilio T. Gonzalez is sued in his official capacity as the

9   Director of the United States Citizenship and Immigration Services, an agency

10  within the Department of Homeland Security, which is charged by law with the

11  duty of adjudicating  I-485 applications  for adjustment of status to lawful

12  permanent residence under 8 U.S. C. §1255.

13

14       6.     Defendant Alberto Gonzales is sued in his official capacity as the

15  Attorney General of the United States and is charged with the authority and

16  duty to direct, manage, and supervise all employees and all files and records of

17  the Department of Justice including  security checks required to obtain an

18  immigration benefit such as adjustment of status to lawful permanent

19  residence.  He oversees the FBI which is responsible for conducting both

20  criminal record checks and the National Name Check Program ("NNCP").  The

21  NNCP disseminates information from the FBI's Central Records System in

22  response to requests submitted by federal agencies, including USCIS.

23

24                      **III. JURISDICTION**

25       7.     This is a civil action brought pursuant to 28 USC §§ 1331 and

26  1361 to redress the deprivation of rights, privileges and immunities secured to

27

28  *Mannaa v. Chertoff*
    Complaint for Mandamus                    3

1    Plaintiffs, by which jurisdiction is conferred, to compel Defendants to perform

2    duties owed to Plaintiffs.

3

4         8.     Jurisdiction is also conferred by 5 USC §§ 555(b) and 704.

5    Plaintiffs are aggrieved by adverse agency action in this case, as the

6    Administrative Procedures Act requires in order to confer jurisdiction on the

7    District Courts.   5 USC § 702 *et seq.*

8

9         9.     The aid of the Court is invoked under 28 USC §§ 2201 and 2202,

10   authorizing a declaratory judgment.

11

12        10.     Costs and attorneys fees will be sought pursuant to the Equal

13   Access to Justice Act, 5 USC § 504, and 28 USC §2412(d), *et seq.*

14

15                          **IV. VENUE**

16        11.   Venue is proper in the Northern District of California since Plaintiffs

17   reside in San Mateo, California.

18

19                     **V. EXHAUSTION OF REMEDIES**

20        12.    Plaintiffs have exhausted their administrative remedies.  Plaintiffs

21   and their attorney have inquired concerning the status of their applications to

22   no avail.  (*See Attachment s A & B*)    Plaintiffs have no other adequate remedy

23   available for the harm they seek to redress - the failure of Defendants to

24   adjudicate their visa petition and application for adjustment of status to

25   permanent residence in a timely manner.

26

27

28   *Mannaa v. Chertoff*
     Complaint for Mandamus                    4

1

## VI. REMEDY SOUGHT

2       13.   Plaintiff Mannaa  seeks to have the Court compel Defendants to

3   take whatever steps are necessary to adjudicate his pending  I-485  application

4   forthwith.

5

6       14.   Plaintiff Azzghayer seeks to have the Court compel Defendants to

7   take whatever steps are necessary to adjudicate her  I-130 visa petition

8   forthwith.

9                              ## VII. STATEMENT OF FACTS

10

11      15.  Plaintiff Azzghayer is a United States citizen. *(See Attachment C)*

12

13      16.  Plaintiff Mannaa is a native of Lebanon. He originally entered the

14   United States on December 31, 2001 with an F-1 student visa issued by the

15   U.S. Embassy in Beirut, Lebanon.  *(See Attachment D)*

16

17      17.  On information and belief, the State Department cleared Plaintiff

18   Mannaa's  security background checks prior to issuing him an F-1 visa.

19

20      18.  He attended Golden Gate University in San Francisco and graduated

21   in 2005 with a Masters Degree in Database Development and Administration.

22   *(See Attachment E)*

23

24      19.  Plaintiffs were married on August 29, 2003 in San Francisco,

25   California.  (*See Attachment F*)   They have a daughter, Layal Amal Mannaa,

26   who was born on June 7, 2007 in San Francisco, California. (*See Attachment G*)

27

28   *Mannaa v. Chertoff*
     Complaint for Mandamus                 5

1      20.  On or about June 24, 2004, Plaintiff Azzghayer filed a Petition For

2  Alien Relative (Form I-130) on behalf of her husband under 8 U.S.C. §1154(a),

3  8 U.S.C 1154(b), and 8 C.F.R. §204.2(a)(3) with the USCIS San Francisco

4  District Office.

5

6      21.  On or about June 24, 2004 Plaintiff Mannaa applied for adjustment

7  of status to lawful permanent residence under 8 U.S.C. §1255 and 8 CFR §

8  245.1 with the USCIS San Francisco District Office.   According to the receipt

9  for the I-485 application,  Plaintiff's  alien registration number is A96 398 580.

10  *(See Attachment H)*

11

12      22.  Defendants have taken Plaintiff's fingerprints multiple times on the

13  following dates: July 8, 2004, March 28, 2006,  April 19, 2006, July 24, 2007

14  *(See Attachment I)*

15

16      23.  Plaintiffs were interviewed at the USCIS District Office in San

17  Francisco in either 2004 or 2005.  Plaintiff's do not recall the exact date of the

18  interview.

19

20      24. On information and belief, the Petition For Alien Relative (Form I-

21  130) remains pending.  Plaintiffs have not been notified of its exact status.

22

23      25.  At this interview Plaintiff Mannaa was informed that his application

24  for adjustment of status could not be approved since his FBI name check was

25  pending.

26

27

28  *Mannaa v. Chertoff*
    Complaint for Mandamus                    6

1       26.  The USCIS District Office in San Francisco is currently processing I-485

2   applications filed as of February 13, 2007.  Since Plaintiff's I-485 application was

3   filed on June 24, 2004, it is significantly past the current processing time.  See

4   List of San Francisco District Office Processing Dates as of August 16, 2007 found

5   at https://egov.uscis.gov/cris/jsps/ptimes.jsp.  (*Attachment J*)

6

7                       **VIII. CAUSE OF ACTION**

8       27.    Plaintiff Mannaa  alleges that Defendants have a non-discretionary

9   duty to complete the processing of his application for permanent residence in a

10  reasonable time.  Despite the fact that Plaintiff's application has been pending

11  since June 24, 2004, Defendants have failed to complete the processing of the

12  application.

13

14      28.    Plaintiff Azzghayer  alleges that Defendants have a non-discretionary

15  duty to complete the processing of her Petition For Alien Relative in a reasonable

16  time.  On information and belief, despite the fact that the I-130 visa petition has

17  been pending since approximately June 24, 2004, Defendants have failed to

18  complete the processing of the petition.

19

20      29.  Plaintiff Mannaa has been informed that his I-485 application remains

21  pending because the FBI name check has not been completed. *(See Attachment K)*

22

23      30.  Plaintiffs assert that the I-130 petition and I-485 application have been

24  pending for a period of time which is unreasonable and that Defendants have no

25  legal basis for failing to proceed with the case.

26

27

28  *Mannaa v. Chertoff*
    Complaint for Mandamus               7

31.  It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application. 8 U.S.C. § 1571(b).

32.    Plaintiff Mannaa wishes to become a U.S. citizen as soon as possible and enjoy all the liberties and freedoms attendant thereto, including the right to vote, jury service, and the freedom to travel abroad and return to the United States without fear of exclusion.   To be eligible for naturalization, Plaintiff must have resided in the United States for three years as a lawful permanent resident. 8 U.S.C. §1430 (a).  Plaintiff's ability to apply for naturalization has been delayed since his application for permanent residence has not been adjudicated.

33.  Plaintiff has also been harmed by Defendants' inaction because he is required to apply each year for employment authorization (Form I-765) under 8 CFR 274a.12(c)(9) and "advance parole" (Form I-131), which is a permit to travel abroad and return to this country while her application is pending , under 8 U.S.C. §1182 (d)(5)(A) .  *(See Attachment L)*

34.  These applications are costly and time consuming. The filing fees for these applications recently increased to $340 and $305, respectively, effective July 30, 2007 *( See Attachment M)*

35. Plaintiffs have also been damaged by Defendants' inaction in that: Plaintiff Mannaa's immigration status is considered "temporary" for an

*Mannaa v. Chertoff*
Complaint for Mandamus                            8

indefinite period of time and he and his wife are thereby deprived of the "peace of mind" to which they are entitled.

36.   The Defendants, in violation of the Administrative Procedures Act,   5 U.S.C. §§555(b) and 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-130 petition and I-485 application and have failed to carry out the adjudicative functions delegated to them by law.

## VII.   PRAYER

37.   WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a) requiring Defendants to adjudicate Plaintiff Azzghayer's I-130 visa petition forthwith

(b) requiring Defendants to adjudicate Plaintiff Mannaa's I-485 application forthwith

(c) awarding Plaintiff reasonable attorney's fees and costs of court and

(d) granting such other relief at law and in equity as justice may require.

DATED:   August 29, 2007 _____  _____/s/_____

Kip Evan Steinberg
Attorney for Plaintiffs
Oussama   Maanaa   and   Shirley   Azzghayer

*Mannaa v. Chertoff*
Complaint for Mandamus                    9

**LIST OF ATTACHMENTS**

(pp. 1-31)

A    Affidavit of Attorney Roger S. Kubien

B    Case status inquiry

C    U.S. passport and birth certificate of Shirley Azzghayer

D    F-1 visa for Ossama Mannaa

E    Proof of Masters Degree from Golden Gate University

F    Marriage Certificate

G    Birth Certificate of daughter, Layal Amal Mannaa

H    Letter from USCIS dated June 24, 2004 confirming    filing of

Application for Adjustment of Status (Form I-485)

I    Evidence of fingerprinting multiple times

J    S.F. District Office Processing Dates Posted August 16, 2007

K    Letters from USCIS stating that I-485 application is pending security

background check

L    Evidence of filing extensions of employment authorization

 (Form I-765) and advance parole (Form I-131)

M    USCIS Fee Schedule effective July 30, 2007

*Mannaa v. Chertoff*
Complaint for Mandamus                    10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Mannaa v. Chertoff*
Complaint for Mandamus                    11