# AFFIDAVIT OF ROGER S. KUBEIN

I, Roger S. Kubein, being over the age of eighteen hereby attest to the following:

1. I am a licensed attorney in the State of California. I represented Mr. Oussama Manaa on his application for Adjustment of Status with the United States Citizenship and Immigration Service (USCIS). That application for Adjustment of Status is based on his marriage to a United States Citizen.

2. Mr. Manaa and his wife were granted an interview with the USCIS to determine the bona fides of their marriage. The interview went well and no issues were raised by the USCIS officer as to the bona fides of the marriage and no further supporting documents were requested.

3. The USCS has indicated that Mr. Mannaa's case is still pending FBI security checks as of July 31, 2007

4. During the course of Mr. Manaa's application, our office contacted the USCIS local office to obtain a status on the case. The following are the dates we did so:

   A. May 21, 2005. A letter was mailed to the local USCIS office in response to a request for additional evidence. The letter requested a timely handling of the case or that the file be referred to an office who can make a timely decision.

   B. August 10, 2004. A letter was mailed to the local USCIS office that referenced "unjustified delays" that must be dealt with as soon as possible. The letter requested adjudication or the forwarding of the case to an office that could adjudicate it in a timely manner.

   C. May 31, 2007. A letter was sent to the local USCIS office to ensure they had the correct address for Mr. Manaa. I personally followed up with a telephone call to Mr. Eddy Liu (a supervisor in the Adjustment of Status Unit at the local USCIS office). I spoke with Mr. Lie and requested an update from Mr. Liu who confirmed the case was still pending background checks.

   D. July 26, 2007. A letter was mailed and faxed to the local USCIS office requesting a status of the case. The inquiries were directed to Mr. Eddy Liu. USCIS responded with a fax and letter indicating the case was still pending FBI security checks.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and that I would testify to the same in a court of law.

Date: 8/9/07

_____
Roger S. Kubein

①



# IMMIGRATION CORP.

*A Professional Corporation*

...................................................................................................................................................................................

July 26, 2007

Mr. Eddy Liu
USCIS / AOS UNIT
630 Sansome Street, 2nd Floor
San Francisco, CA 94126

Sent Via Facsimile to 415-844-5592 and Certified Mail

      Re:    USC / Petitioner:    Shirley Azzghayer
            Alien Beneficiary:    Oussama Mannaa A#96-398-580
            Adjustment of Status based on Marriage to a United States Citizen

Dear Mr. Liu:

Please consider this letter a formal inquiry into the status of the above referenced adjustment of status application and alien relative petition.

The couple filed their respective applications on or about June 25, 2004 and have undergone an interview where the bona fides of the marriage did not seem at issue. No additional documents have been requested by the Service nor has any correspondence been sent about the status of this case. We have spoken on at least three separate occasions over the telephone about this case but have not received an adjudication to date.

We would appreciate a timely adjudication of this case or, in the alternative, a written reply to this inquiry. Thank you for you time and consideration in this matter.

Sincerely,

IMMIGRATION CORP.

By: _____
    Roger S. Kubein



EXHIBIT B

# FAX COVER SHEET

**Immigration Corp.**
**703 Market Street, Suites 508-510**
**San Francisco, Ca 94103**
**Tel 415-777-2930**
**Fax 415-777-2933**

| | |
|---|---|
| **Send to: Mr. Eddy Liu** | **From: Roger S. Kubein** |
| Attention: Mr. Eddy Liu | Date: 07/27/2007 |
| Office location: San Francisco | Office location: San Francisco |
| Fax number: 415-844-5592 | Phone number: confidential |

☐ **Urgent**   ☐ **Reply ASAP**   ☐ **Please comment**   ☐ **Please review**   ☐ **For your information**

Total pages, including cover:   2

**Comments:**

Dear Mr. Liu:

  Re: Alien Spouse- Oussama Mannaa (96 398 580)
    USC Spouse Petitioner - Shirley Azzghayer

Please see the following formal inquiry into this matter.

③

EXHIBIT B

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

*Shirley Azzghayer*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

| PASSPORT PASSEPORT PASAPORTE USA | UNITED STATES OF AMERICA |
|---|---|

Type / Type / Tipo: **P**  Code / Code / Código: **USA**  Passport No. / No. du Passeport / No. de Pasaporte: **056973163**

Surname / Nom / Apellidos
**AZZGHAYER**

Given names / Prénoms / Nombres
**SHIRLEY LYLA**

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
**02 Aug 1982**

Sex / Saxe / Sexo: **F**   Place of birth / Lieu de naissance / Lugar de nacimiento
**CALIFORNIA, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**12 Sep 2002**

Authority / Autorité / Autoridad
**San Francisco Passport Agency**

Date of expiration / Date d'expiration / Fecha de caducidad
**11 Sep 2012**

Amendments / Modifications / Enmiendas
**See Page 24**

P<USAAZZGHAYER<<SHIRLEY<LYLA<<<<<<<<<<<<<<<<<
0569731636USA8208020F1209110<<<<<<<<<<<<<<06



EXHIBIT C

104 —

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**

STATE BIRTH CERTIFICATE NUMBER    **3801**

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER    **03906**

| THIS CHILD | 1A. NAME OF CHILD—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|---|
| | Shirley | Lyla | Azzghayer |

| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN / 3B. IF MULTIPLE, THIS CHILD ETC. / 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | 4B. HOUR—12A HOUR (CLOCK TIME) |
|---|---|---|---|---|
| | Female | single | August 2, 1982 | 0151 |

| PLACE OF BIRTH | 5A. PLACE OF BIRTH—NAME OR HOSPITAL OR FACILITY | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) |
|---|---|---|
| | University of California Hospitals | 3rd and Parnassus Avenues |

| | 5C. CITY OR TOWN | 5D. COUNTY |
|---|---|---|
| | San Francisco | San Francisco |

| FATHER OF CHILD | 6A. NAME OF FATHER—FIRST | 6B. MIDDLE | 6C. LAST | 7. STATE OF BIRTH | 8. AGE OF FATHER |
|---|---|---|---|---|---|
| | Zain | Hashem | Azzghayer | JERUS | 40 |

| MOTHER OF CHILD | 9A. NAME OF MOTHER—FIRST | 9B. MIDDLE | 9C. LAST (BIRTH NAME) | 10. STATE OF BIRTH | 11. AGE OF MOTHER |
|---|---|---|---|---|---|
| | Adla | Ahmad | Esced | JORDAN | 32 |

| PARENT'S CERTIFICATION | 12A. PARENT OR OTHER INFORMANT—SIGNATURE | 11 2B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED |
|---|---|---|---|
| I certify that I have received the stated information and that it is true and correct to the best of my knowledge. | Zain Azzghayer | father | 9/13/82 |

| ATTENDANT'S CERTIFICATION | 13A. PHYSICIAN OR ATTENDANT—SIGNATURE—DEGREE OR TITLE | 13B. LICENSE NUMBER | 13C. DATE SIGNED |
|---|---|---|---|
| I certify that I attended this birth and that the child was born alive at the hour, date and place stated. | Robert N. Taylor M.D | pending | 8-2-82 |

| | 13D. TYPED NAME AND ADDRESS | |
|---|---|---|
| | Robert N. Taylor M.D. | 3rd and Parnassus Avenues |

| | 15. DEATH—ENTER DATE OF DEATH | 13. LOCAL REGISTRAR—SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|---|
| | | | SEP 30 1982 |

THIS IS TO CERTIFY THAT, IF BEARING THE SEAL OF THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, THIS IS A TRUE COPY OF THE DOCUMENT FILED IN THIS OFFICE.

NO. 87

DATED March 16, 1987

SAN FRANCISCO, CALIFORNIA

DAVID WERDEGAR, M.D., M.P.H.
DIRECTOR OF PUBLIC HEALTH
AND LOCAL REGISTRAR

(5)

EXHIBIT C

ADM # 03963006  09

**UNITED STATES OF AMERICA**  **VISA**

IMMIGRATION
9029

Issuing Post Name
BEIRUT

Control Number
20013347210001

Surname
MANNAA

Given Name
OUSSAMA MOHAMAD FAROUK

Visa Type/Class
R    F1

Passport Number
234317

Sex
M

Birth Date
XXXXX1978

Nationality
LEBN

Entries
M

Issue Date
26DEC2001

Expiration Date
29NOV2006

1000

Annotation
GOLDEN STATE UNIVERSITY
SAN FRANCISCO, CA 94105-2968

43072873

FIN: 15981291

VNLBNMANNAA<<OUSSAMA<MOHAMAD<FAROUK<<<<<<<<<
234317<<<8LBN7800003M0112260F11070738DD34004

6

2/05

EXHIBIT D



GOLDEN GATE UNIVERSITY

April 19, 2005

Student ID: 363420

Oussama Mannaa
1515 Greenwich St. #12
San Francisco, CA 0

Dear Mr Mannaa,

Congratulations!  This is to notify you that your degree has been awarded, and you are
now a graduate of Golden Gate University!  We know you've worked hard for this goal,
and we are proud to include you among our alumni.

Enclosed you will find an official copy of your Golden Gate University transcript.
Information about ordering additional copies can be found on our webpage,
www.ggu.edu/alumni/contact/request_transcript or by calling the number on this
letterhead.

If you have not received your diploma by now, it should arrive in the mail soon.  To
inquire about its status contact Angelina Kuo, Graduation Coordinator in the Office of
Admissions & Student Affairs, at akuo@ggu.edu or (415) 442-7893.

Once again, we applaud your efforts and wish you all the best in your future endeavors.

Sincerely,

Louis D. Riccardi
University Registrar

Office of Records
and Registration

536 Mission Street
San Francisco, CA
94105-2968
records tel: 415-442-7200
registration tel: 415-442-7222
fax: 415-442-7223

EXHIBIT  E

Case 3:07-cv-04504-RHA   Document 1-4   Filed 08/30/2007   Page 8 of 19

Oussama Mohamad Manaa
University Transcript

SSN: XXX-XX-9365     Student ID: 0363420

20 Apr
Page: 1

**01/SP Spring Trimester 2001**
Transfer Credit

| | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|
| Ame Univ Of Beirut | | 6.00 | 6.00 | | |
| Term | | | | 0.000 | 0.000 |
| Cum | | | | | 0.000 |

**02/SP Spring Trimester 2002**

| | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| CIS | 121 | "C"PROGRAMMING LANGUAGE | A | 3.00 | 3.00 | 12.00 |
| CIS | 315 | DATA BASE MGT SYS | A- | 3.00 | 3.00 | 11.10 |
| MATH | 40 | STATISTICS | B+ | 3.00 | 3.00 | 9.90 |
| | | Term | | 9.00 | 9.00 | 33.00 | 3.667 |
| | | Cum | | | | | 3.667 |

**02/SU Summer Trimester 2002**

| | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| CIS | 317 | DATABASE ADMINISTRATION | F | 3.00 | 0.00 | 0.00 |
| | | Course Repeated 03/SP | | | | |
| CIS | 325 | STRUCTURED QUERY LANGUAGE | B+ | 3.00 | 3.00 | 9.90 |
| CIS | 313 | PRINCIPLES OF SOFTWR CONSTRUT | I | 3.00 | 0.00 | 0.00 |
| | | Term | | 9.00 | 9.00 | 9.90 | 1.650 |
| | | Cum | | | | | 2.860 |

**03/SP Spring Trimester 2003**

| | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| CIS | 317 | DATABASE ADMINISTRATION | A | 3.00 | 3.00 | 12.00 |
| CIS | 329 | MICROSOFT SQL SERVER ADMIN | B | 3.00 | 3.00 | 9.00 |
| CIS | 375 | JAVA FOR PROGRAMMERS | F | 3.00 | 0.00 | 0.00 |
| | | Course Repeated 03/SU | | | | |
| | | Term | | 9.00 | 6.00 | 21.00 | 2.333 |
| | | Cum | | | | | 3.043 |

**03/SU Summer Trimester 2003**

| | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| CIS | 328 | DATA WRHSG MARTS/DSGN & DEVEL | W | 3.00 | 0.00 | 0.00 |
| | | Course Repeated 04/SP | | | | |
| CIS | 375 | JAVA FOR PROGRAMMERS | F | 3.00 | 0.00 | 0.00 |
| | | Course Repeated 04/SU | | | | |
| CIS | 364 | DATABASE DEVIANT ON THE WWW | W | 3.00 | 0.00 | 0.00 |
| | | Course Repeated 04/SU | | | | |
| | | Term | | 9.00 | 0.00 | 0.00 | 0.000 |
| | | Cum | | | | | 3.043 |

**04/SP Spring Trimester 2004**

| | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| CIS | 327 | ADVNCD DATA MODELING | A | 3.00 | 3.00 | 12.00 |
| CIS | 331 | MICROSOFT ACCESS DEVELOPMENT | A | 3.00 | 3.00 | 12.00 |
| CIS | 328 | DATA WRHSG MARTS/DSGN & DEVEL | B | 3.00 | 3.00 | 9.00 |
| | | Term | | 9.00 | 9.00 | 33.00 | 3.667 |
| | | Cum | | | | | 3.230 |

**04/SU Summer Trimester 2004**

| | | Grade | Attmpd | Cmpltd | GrdPts | GPA |
|---|---|---|---|---|---|---|
| CIS | 341 | INTRODUCTION TO UNIX | A- | 3.00 | 3.00 | 11.10 |
| CIS | 364 | DATABASE DEVIANT ON THE WWW | B | 3.00 | 3.00 | 9.00 |
| CIS | 355 | WEB PRGM USNG ACTV SRVR PGS | A+ | 3.00 | 3.00 | 12.00 |
| | | Term | | 9.00 | 9.00 | 32.10 | 3.567 |

**05/S1 Spring I Term 2005**

| | | Grade | Attmpd | Cmpltd | GrdPts | Term |
|---|---|---|---|---|---|---|
| ITM | 324 | WEB-BASED SYSTEMS | B | 3.00 | 3.00 | 9.00 |
| | | Term | | 3.00 | 3.00 | 9.00 | 3.000 |

Degree Received: MS Master of Science
Date Conferred.: 03/19/2005
Majors.......: Database Dvlpmnt & Administr
Completed Cred.: 45.00
Attempted Cred.: 57.00
GPA Credits....: 42.00
Grade Points...: 138.00
Cum GPA........: 3.286

End of official record.



EXHIBIT E



# CITY and COUNTY of SAN FRANCISCO

## LICENSE AND CERTIFICATE OF MARRIAGE

STATE FILE NUMBER
MUST BE LEGIBLE - MAKE NO ERASURES, WHITEOUTS OR OTHER

4 2 0 0 3 3 8 0 0 3 9 0 2

LOCAL REGISTRATION NUMBER

| | | | | |
|---|---|---|---|---|
| **1A. NAME OF GROOM - FIRST (GIVEN)** OUSSAMA | **1B. MIDDLE** MOHAMAD FAROUK | **1C. LAST (FAMILY)** MANNAA | | **2. DATE OF BIRTH - MONTH, DAY, YEAR** 07/28/1978 |

**GROOM PERSONAL DATA**

| | | | | |
|---|---|---|---|---|
| **3A. RESIDENCE - STREET AND NUMBER** 1252 ROSITA RD. | **3B. CITY** PACIFICA | **3C. ZIP CODE** 94044 | **3D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE** SAN MATEO | **4. STATE OF BIRTH** LEBANON |
| **5. MAILING ADDRESS - IF DIFFERENT** | **6. NUMBER OF PREVIOUS MARRIAGES** 0 | **7A. LAST MARRIAGE ENDED BY:** ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | | **7B. DATE - MONTH, DAY, YEAR** – |
| **8A. USUAL OCCUPATION** STUDENT | **8B. USUAL KIND OF BUSINESS OR INDUSTRY** UNIVERSITY | | | **9. EDUCATION - YEARS COMPLETED** 16 |
| **10A. FULL NAME OF FATHER** MOHAMAD FAROUK MANNAA | **10B. STATE OF BIRTH** PALESTINE | **11A. FULL MAIDEN NAME OF MOTHER** AMAL NASR | | **11B. STATE OF BIRTH** LEBANON |

| | | | | | |
|---|---|---|---|---|---|
| **12A. NAME OF BRIDE - FIRST (GIVEN)** SHIRLEY | **12B. MIDDLE** LYLA | **12C. CURRENT LAST (FAMILY)** AZZGHAYER | **12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C)** – | **13. DATE OF BIRTH - MONTH, DAY, YEAR** 08/02/1982 | |

**BRIDE PERSONAL DATA**

| | | | | |
|---|---|---|---|---|
| **14A. RESIDENCE - STREET AND NUMBER** 8 BARTON PL. | **14B. CITY** PACIFICA | **14C. ZIP CODE** 94044 | **14D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE** SAN MATEO | **15. STATE OF BIRTH** CALIFORNIA |
| **16. MAILING ADDRESS - IF DIFFERENT** | **17. NUMBER OF PREVIOUS MARRIAGES** 0 | **18A. LAST MARRIAGE ENDED BY:** ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | | **18B. DATE - MONTH, DAY, YEAR** – |
| **19A. USUAL OCCUPATION** STUDENT | **19B. USUAL KIND OF BUSINESS OR INDUSTRY** UNIVERSITY | | | **20. EDUCATION - YEARS COMPLETED** 15 |
| **21A. FULL NAME OF FATHER** ZAIN AZZGHAYER | **21B. STATE OF BIRTH** PALESTINE | **22A. FULL MAIDEN NAME OF MOTHER** ADLA ESEED | | **22B. STATE OF BIRTH** PALESTINE |

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF GROOM ▶ *Oussama* | 24. SIGNATURE OF BRIDE ▶ *Shirley Azzghayer* |
|---|---|

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF A LICENSE ARE ON FILE.

| **25A. ISSUE DATE MONTH, DAY, YEAR** 08/22/2003 | **25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR** 11/20/2003 | **25C. LICENSE NUMBER** 03-0004118-00 | **25D. COUNTY OF ISSUE** San Francisco |
|---|---|---|---|
| | | **25E. NAME OF COUNTY CLERK** ▶ Darryl M Burton | **25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE)** By *Gauaa* DEPUTY |

**WITNESS(ES) (IF REQUIRED)**

| 26A. SIGNATURE OF WITNESS ▶ | 26B. ADDRESS - STREET AND NUMBER 8 Barton Place | 26C. CITY, STATE AND ZIP CODE Pacifica Ca 94044 |
|---|---|---|
| 27A. SIGNATURE OF WITNESS ▶ *Anna Penn Hernandez* | 27B. ADDRESS - STREET AND NUMBER 231 Monterey Blvd 94131 | 27C. CITY, STATE AND ZIP CODE San Francisco 94131 |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

| ON **08/** MONTH **29/** DAY **2003** YEAR | 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ▶ *Rosewind Veilove* | 29B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|---|
| AT San Francisco CITY OR TOWN San Francisco COUNTY California | 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) ROSEWIND VEILOVE | 29D. OFFICIAL TITLE Dep. Mar. Com |
| | 29E. MAILING ADDRESS CITY HALL, #168 SF CA | 29F. ZIP CODE 94102 |

**LOCAL REGISTRAR (Recorder)**

| 30A. SIGNATURE OF LOCAL REGISTRAR ▶ *Mabel S. Teng* | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) By *[signature]* DEPUTY | 31. DATE ACCEPTED FOR REGISTRATION SEP 02 2003 |
|---|---|---|

California, Department of Health Services, Office of State Registrar

VS-117C (1-92)

⑨

CERTIFIED COPY OF VITAL RECORDS    MELISSA PANDAY-SHRAWDER

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO } ss **EXHIBIT** F

\*000113924\*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SAN FRANCISCO ASSESSOR-RECORDER.

ATTEST: _____

DATE ISSUED: SEP 24 2003

*Mabel S. Teng*
MABEL S. TENG
SAN FRANCISCO ASSESSOR-RECORDER

This copy not valid unless prepared on engraved border displaying date, seal and signature of Deputy Assessor-Recorder.



### UCSF Children's Hospital
*at UCSF Medical Center*

**Pediatric Strategic Support**
Box 0210
San Francisco, CA 94143-0210
tel: 415/353-1093
fax: 415/353-1222
TTY: 415/885-3889
www.ucsfhealth.org/children

University of California
San Francisco

UNIV. OF CALIFORNIA MED CENTER                    6/9/2007
505 PARNASSUS AVE.
SAN FRANCISCO, CA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OUR MEDICAL RECORDS INDICATE THAT THE FOLLOWING CHILD:

        LAYAL   AMAL   MANNAA

WAS BORN IN THIS FACILITY

ON 06/07/2007  AT  2254 HOURS

MOTHER'S MAIDEN NAME:  SHIRLEY  LYLA  AZZGHAYER

MOTHER'S BIRTH PLACE:  CA            DOB: 08/02/1982

FATHER'S NAME:      OUSSAMA  MOHAMAD  MANNAA

FATHER'S BIRTH PLACE:  LEBANON      DOB: 07/28/1978

SEX OF CHILD: FEMALE

BIRTH ATTENDANT: NATALI AZIZ, MD 505 PARNASSUS AVE

- - - - - - - - - - -  *(signature)*
HOSPITAL REPRESENTATIVE



EXHIBIT  G

630 Sansome Street
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

# Notice of Receipt

**Date:** 6/24/2004

**A No:** 96-398-580

**Name:**     Mannaa

Oussama

**Address:**     158 Crestwood, Apt. 2

Daly City          CA  94015

Your Form I-485 Application for Adjustment of Status has been received with fee(s) accepted. Your application is currently under review to determine eligibility for the benefits sought. All applicable notices of further action will be mailed to you separately at a later date.

**If you also applied for employment authorization (Form I-765) and/or advance parole (Form I-131), an EAD/Advance Parole Pick-Up Notice is NOT included with this Notice of Receipt. An appointment notice to appear to receive these benefits, if approved, will be mailed to you separately at a later date.**

Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

**For:  David N. Still, District Director**          (11)          www.uscis.gov

DM Form 3 (08/19/03) other editions are obsolete and may no longer be used



**U.S. Citizenship and Immigration Services**

**U.S. Department of Homeland Security**

San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

Mannaa, Oussama

158 Crestwood, Apt. 2

Daly City, CA 94015

A No:   96-398-580

Date:   6/24/2004

I-485

This is in reference to your Application to Replace Permanent Residence Card in the United States. You have been scheduled to be fingerprinted at the APPLICATION SUPPORT CENTER indicated below ONLY on the following date:

### 7/8/2004

**NOTE: If you do not have your fingerprints taken, your application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). IMPORTANT: If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.**

**SANTA ROSA**
1401 Guerneville Road, Suite 100
Santa Rosa, CA 95403
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

**OAKLAND**
2040 Telegraph Avenue
Oakland, CA 94612
(Near 19th Street Bart Station)
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☑ **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA 94111
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

**MODESTO**
901 N. Carpenter Road, Suite 14
Modesto, CA 95351
"Crossroads Shopping Center"
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

**RED BLUFF**
Tehama County Sheriff's Department
502 Oak Street
Red Bluff, CA 96080
Hours:  Tuesday through Thursday
9am to 1pm / 2pm to 4pm
Closed Friday to Monday

**ARCATA**
Arcata Police Department
736 "F" Street
Arcata, CA 95521
Hours:  Please call
(707) 822-2428 to
schedule an appointment

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

(REVISED 12/4/03) G:FPREF1.doc



EXHIBIT I



Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

**Oussama Mohamad Mannaa**
1515 Greenwich Street, #12
San Francisco, CA  94123

File No. A 96 398 580
Date: March 14, 2006
I-485

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the INS APPLICATION SUPPORT CENTER.    March 28, 2006

**NOTE:** If you do not have your finger prints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). **IMPORTANT:  If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.**

☐ **SANTA ROSA**
1401 Guerneville Rd., Suite. 100
Santa Rosa, CA  95403
Hours:    Tuesday through Saturday
8am to 3:30pm

☐ **OAKLAND**
2040 Telegraph Avenue
Oakland, CA  94612
(Near 19th Street Bart Station)
Hours:    Tuesday through Saturday
8am to 3:30pm

☒ **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA  94111
Hours:    Tuesday through Saturday
8:00am to 3:30pm

☐ **MODESTO**
901 N. Carpenter Rd., Suite. 14
Modesto, CA  95351
Hours:    Tuesday through Saturday
8am to 3:30pm

☐ **FRESNO**
4893 East Kings Canyon
Fresno, CA  93727
Hours:    Tuesday through Saturday
8:00am to 3:30pm

☐ **SACRAMENTO**
731 "K" Street, Room 100
Sacramento, CA  95816
Hours:    Tuesday through Saturday
8am to 3:30pm

☐ **SAN JOSE**
122 Charcott Avenue
San Jose, CA  95131
Hours:    Tuesday through Saturday
8:00am to 3:30pm

☐ **SALINAS**
1954 North Main Street (Santa Rita Plaza)
Salinas, CA  93906
Hours:    Tuesday through Saturday
8am to 3:30pm

When you go to have your fingerprints taken, you must bring: 1)  THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

Cc:    Roger S. Kubein
703 Market Street, Suites 508-510
San Francisco, CA  94103



EXHIBIT I

(REVISED 07/10/03)                                                    **www.dhs.gov**

U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | |
|---|---|---|
| CASE TYPE<br>I765 | APPLICATION NUMBER<br>MSC0618623092 | NOTICE DATE<br>4/5/2006 |
| | SOCIAL SECURITY NUMBER | USCIS A#<br>A096398580 | CODE<br>2 |
| | TCR | SERVICE CENTER<br>MSC | PAGE<br>1 of 1 |

OUSSAMA MANNAA
c/o ROGER   KUBEIN

703 MARKET STREET STE 508
SAN FRANCISCO, CA 94103



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO, CA 94111 | DATE AND TIME OF APPOINTMENT<br>04/19/2006<br>9:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER 1
I765    -   MSC0618623092



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

(14)

 EXHIBIT 1

Form I-797C (Rev. 01/31/05) N

U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | |
|---|---|---|
| | **APPLICATION NUMBER** MSC0727810793 | **NOTICE DATE** 7/10/2007 |
| **CASE TYPE** I765 | **SOCIAL SECURITY NUMBER** | **CODE** 2 |
| | **USCIS A#** A096398580 | |
| | **TCR** | **SERVICE CENTER** MSC | **PAGE** 1 of 1 |

OUSSAMA MANNAA
709 WOODSIDE WAY APT F
SAN MATEO, CA 94401



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON JUL 24 2007
TENPRINTS QA REVIEW BY:
ON

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

APPLICATION SUPPORT CENTER
USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
07/24/2007
11:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

APPLICATION NUMBER 1
I765    -    MSC0727810793



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

(15)

EXHIBIT 1

Form I-797C (Rev. 01/31/05) N



Home   Contact Us   Site Map   FAQ

Search



Advanced Search

Services & Benefits        Immigration Forms        Laws & Regulations        About USCIS        Education & Resources        Press Room

Print This Page        Back

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted August 16, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet --

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is

(16)

EXHIBIT   J


because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted August 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | May 15, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | February 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 03, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 03, 2007 |
| I-765 | Application for Employment Authorization | May 29, 2007 |
| N-400 | Application for Naturalization | January 12, 2007 |
| N-600 | Application for Certification of Citizenship | May 05, 2007 |

Print This Page      Back

**08-22-2007 02:20 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security



EXHIBIT   J



Department of Homeland Security
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## USCIS INQUIRY RESPONSE

DATE: 7/31/2007

TO:  Roger S. Kubein

File Number: A96 398 580 (Oussama Mannaa)

COMMENTS:  Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.

(18)

EXHIBIT  K

U.S. Department of Homeland Security
630 Sansome Street, E-11
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

**Immigration Corp
via FAX**

Refer to File Number
A96 398 58...
July 31, 2...

**SUBJECT:**    **Inquiry on your client application for Permanent Residence
IN RE: <u>Oussama Mannaa</u>**

Your request has been received in this office. Please note the paragraph(s) checked below:

1. ☐ The requested record or information is enclosed.

2. ☐ We have made a complete search for the records that relate to your request and none were found.

3. ☐ Requests for information which is not yet a matter of record (such as the final determination or the current status of a pending action) are not within the purview of the Freedom of Information Act/Privacy Act. Therefore, the information you requested within this category cannot be provided.

4. ☐ The following additional information is needed to search for the records you requested:

5. ☐ Your request comes within the jurisdiction of the office shown below:

     ☐ You should send your request directly to _____.
     ☐ Your request has been sent to _____ for consideration and direct reply to you. All further correspondence should be sent to that office.

6. ☐ Response to your request has been delayed. We expect a determination to be made by _____
     We seek your patience and understanding during the delay which is due to:

7. ☐ A fee is required in the amount of $130. Fee must be paid by money order or check made payable to the "Immigration and Naturalization Service." THE ENCLOSED COPY OF THIS LETTER SHOULD BE RETURNED WITH YOUR REMITTANCE

8. ☐ Your payment of $_____ is returned.
     ☐ No fee is required at this time.
     ☐ An incorrect fee was submitted.
     ☐ Please resubmit the fee with the enclosed application.

9. ☐ You may elect to treat this interim response as a denial of your Freedom of Information Act/Privacy Act request and file an appeal in writing to the Assistant Attorney General, Attn: Office of Privacy and Information Appeals, Office of Legal Policy, U. S. Department of Justice, Washington, DC 20530. However, we ask that you withhold your decision to file an appeal until we have completed action on your request.

10. ☒ Your client's application for permanent residence is still pending for background check. Please allow another 6 months.

19

EXHIBIT K

Form G-343 (Rev. 8-20-82) N