# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-07-278-10793 | I-765 - Application for Employment Authorization Document |

| Received Date: | Priority Date: | Applicant: | A096398580 |
|---|---|---|---|
| June 29, 2007 | | | MANNAA, OUSSAMA |

| Notice Date: | Page | ASC Code: |
|---|---|---|
| July 09, 2007 | 1 OF 1 | 2 |

OUSSAMA MANNAA
709 WOODSIDE WAY APT F
SAN MATEO CA 94401

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $180.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does **NOT** grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



 EXHIBIT L

5284118     0528411804                                Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I765 |
|---|---|---|---|
| MSC-06-186-23092 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| RECEIPT DATE | PRIORITY DATE | APPLICANT | A096 398 580 |
| April 6, 2006 | | MANNAA, OUSSAMA M. | |
| NOTICE DATE | PAGE | | |
| June 23, 2006 | 1 of 1 | | |

ROGER S. KUBEIN
703 MARKET STREET STE 508
SAN FRANCISCO CA 94103

Notice Type: Approval Notice
Class: C09
Valid from 06/15/2006 to 06/14/2007
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please write the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS FORM IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283





EXHIBIT L

Form I-797 (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-186-23092 | Case Type: I-765 - Application for Employment Authorization Document | |
|---|---|---|
| Received Date: April 03, 2006 | Priority Date: | Applicant: A096398580<br>MANNAA, OUSSAMA |
| Notice Date: April 06, 2006 | Page 1 OF 1 | ASC Code: 2 |

ROGER KUBEIN
703 MARKET STREET STE 508
SAN FRANCISCO CA 94103

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $180.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283





EXHIBIT L

5175142    0003219110    Form I-797C (Rev. 11/28/03) N

| U.S. Department of Justice | AUTHORIZATION FOR PAROLE OF AN ALIEN |
|---|---|
| Immigration and Naturalization Service | INTO THE UNITED STATES |
| 630 SANSOME STREET   SAN FRANCISCO, CA  94111 | |

| Name of Alien  (First)  (Middle)  (Last) | Date |
|---|---|
| Oussama  Mohamad  MANNAA | 04/05/2005 |
| | File Number  A 96 398 580 |

| Date of Birth (Month) (Day) (Year) | Place of Birth (City or town) (State or province) | (Country) |
|---|---|---|
| 07/28/78 | | LEBANON |

| U.S. Address | (Apt. number and/ or in care of) | (Number and street) | (City or town) | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| | SHIRLEY L. AZZGHAYER | 1515 GREENWICH STREET APT. #12 | SAN FRANCISCO, CA | 94123 | |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _____ April 5, 2006 _____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

[X]  as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

[ ]

Remarks:    MULTIPLE ENTRIES - VALID UNTIL April 5, 2006.
Applicant for adjustment of status Section 245. Parole for one year upon entry. Authority OI 212.5(c)(3).
"AUTHORIZATION: The holder of this authorization is an applicant for adjustment of status under the Immigration and Nationality Act. The holder departed the U.S. temporarily and intends to return to the U.S. to resume processing of the adjustment of status application. Contingent upon his or her prima facie eligibility, the holder shall be paroled into the United States Pursuant to the authority of the signatory below."    APPLICANT

DAVID N. STILL,   DISTRICT DIRECTOR                SAN FRANCISCO, CA
(Signature of Immigration Officer)                                   (Authorizing Office)

                                                                      31 July 06
                                                                      ARRIVAL STAMP
                                                                      1 Aug 05
                                                                      1443



Form I-512 (Rev. 10-1-82) Y      PC10      (23)                      TO ALIEN



EXHIBIT L

# U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form I-512

| Alien's Name | File Number | Date |
|---|---|---|
| MANNAA, Oussama Mohamad | A 96 398 580 | 04/05/2005 |

**NOTICE TO APPLICANT:** Presentation of this authorization will permit you to: resume your application for adjustment of status upon your return to the United States. If your adjustment application is denied, you will be subject to removal proceedings under section 235(b)(1) or 240 of the Act. If, after April 1, 1997, you were unlawfully present in the United States for more than 180 days before applying for adjustment of status, you may be found inadmissible under section 212(a)(9)(B)(i) of the Act when you return to the United States to resume the proceedings of your application. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility in order for your adjustment of status application to be approved.

Signature: [signature]   Title: [signature]

(24)

Form I-831 Continuation Page (Rev.6/12/92)

EXHIBIT L

**U.S. Citizenship and Immigration Services**

San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

# EAD / Advance Parole Pick-Up Notice

Name:  MANNAA, OUSSAMA                    A No:  96-398-580

Date time: Any  **TUESDAY**  after  **4/18/2005**, between **7:30am to 8:45am**

All applicants should enter at **444 Washington Street**. An InfoPass appointment is NOT required. GO TO THE RECEPTIONIST. After receiving a ticket, proceed to ROOM 160 on the 1st Floor. Place this slip in the tray and be seated. You will be called by name. If you are receiving both benefits checked below, you should COME ON THE SAME DAY to pick up the employment authorization document and advance parole.

☒ This office has received the Form I-765 Application for Employment Authorization (EAD) you filed in conjunction with your Form I-485 Application for Adjustment of Status. All employment authorization applicants must appear at the USCIS office in person regardless of age to receive an EAD. All applicants must present a copy of the I-485 application receipt notice, fee receipt, and a valid/unexpired identity document, such as a passport or other U.S. Government issued photo identification.

☑ This office has received the Form I-131 Application for Travel Document (Advance Parole) you filed in conjunction with your Form I-485 Application for Adjustment of Status. Applicants must appear at the USCIS office in person regardless of age to receive an Advance Parole Letter. All applicants must present a copy of the I-485 application receipt notice, fee receipt, and a valid/unexpired identity document, such as a passport or other U.S. Government issued photo identification.

WARNING: Any alien unlawfully present in the U.S. for a total of 180 days or more after April 1, 1997 seeking admission after advance parole authorization, may be found to be inadmissible if the alien has not been outside of the U.S. for at least 3 years prior to application for admissin/adjustment (or, if unlawfully present for a total of 1 year or more, the alien may be inadmissible if the alien has not remained outside the U.S. for a period of 10 years).

**Please make arrangements for pick-up within 45 days, or your application will be DENIED.**



EXHIBIT  L

**U.S. Citizenship and Immigration Services**

San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

# *EAD / Advance Parole Pick-Up Notice*

Name:   MANNAA, OUSSAMA                       A No:   96-398-580

Date time: Any   **MONDAY**  after   **11/19/2004**   between   **7:30am to 8:45am**

```
All applicants should enter at 444 Washington Street.  An InfoPass appointment
is NOT required.  GO TO THE RECEPTIONIST. After receiving a ticket, proceed to
ROOM 160 on the 1st Floor.  Place this slip in the tray and be seated.  You
will be called by name.  If you are receiving both benefits checked below, you
should COME ON THE SAME DAY to pick up the employment authorization document
and advance parole.
```

☑ This office has received the Form I-765 Application for Employment Authorization (EAD) you filed in conjunction with your Form I-485 Application for Adjustment of Status. All employment authorization applicants must appear at the USCIS office in person regardless of age to receive an EAD. All applicants must present a copy of the I-485 application receipt notice, fee receipt, and a valid/unexpired identity document, such as a passport or other U.S. Government issued photo identification.

☐ This office has received the Form I-131 Application for Travel Document (Advance Parole) you filed in conjunction with your Form I-485 Application for Adjustment of Status. Applicants must appear at the USCIS office in person regardless of age to receive an Advance Parole Letter. All applicants must present a copy of the I-485 application receipt notice, fee receipt, and a valid/unexpired identity document, such as a passport or other U.S. Government issued photo identification.

```
WARNING: Any alien unlawfully present in the U.S. for a total of 180 days or
more after April 1, 1997 seeking admission after advance parole authorization,
may be found to be inadmissible if the alien has not been outside of the U.S.
for at least 3 years prior to application for admissin/adjustment (or, if
unlawfully present for a total of 1 year or more, the alien may be
inadmissible if the alien has not remained outside the U.S. for a period of 10
years).
```

**Please make arrangements for pick-up within 45 days, or your application will be DENIED.**





EXHIBIT L

# Instructions

### New Fees Effective July 30, 2007.

Effective July 30, 2007, fees for U.S. Citizenship and Immigration Services (USCIS) forms will change. If the instructions on the form state that you must pay a fee, use the table beginning on the next page to find the new fee. The forms and fees are listed in numerical order. To avoid processing delays, please include the correct fee when you file your form with USCIS. If you do not submit the appropriate fee on or after the effective date, we will reject the form. You will need to resubmit the form with the new fee.

### Biometric Services Fee.

If the form you are filing requires biometric services, you must pay an additional **$80.00** fee. This fee is to pay for USCIS to take your fingerprints, and if necessary, your photograph and signature.

See **"Biometrics"** on this Fee Schedule to determine if you must pay a biometric services fee. If "Yes," read **"What Is the Filing Fee"** on the instructions of the form you are filing for additional information.

The biometrics fee is in addition to the form's base filing fee and must be paid at the time of filing. Fees for forms and biometric services may be paid by one check or money order, or separate check or money order. Unless otherwise instructed, make the check or money order payable to **Department of Homeland Security**.

### Fee Waiver for Certain Forms.

Persons financially unable to pay the base filing fee or required biometric services fee may submit a fee waiver request as described in 8 CFR, section 103.7(c).

You may request a fee waiver on the following forms:

1. I-90, I-751, I-765, I-817, N-300, N-336, N-400, N-470, N-565, N-600, N-600K; and

2. I-290B, if related to an appeal or motion filed with USCIS concerning one of the other fee waiver-eligible forms; and

3. I-485 - only in the case of an alien in T (victims of human trafficking) or U (victims of a violent crime who assist in the prosecution) in lawful nonimmigrant status, an asylee, an approved self-petitioning battered or abused spouse, parent or child of a U.S. citizen or lawful permanent resident; and

4. I-485 - an applicant who does not have to show he or she will not become a public charge for adjustment of status purposes according to section 212(a)(4) of the Immigration and Nationality Act (INA), as amended.

**NOTE:** Granting of a fee waiver is at the sole discretion of USCIS.

### How Often Do the Fees Change?

The form and biometric fees on the below list are current as of July 30, 2007. However, because USCIS fees change periodically, you can verify if the fees are correct by following one of the steps below:

1. Visit our website at **www.uscis.gov**, select "Immigration Forms" and check the appropriate fee;

2. Review the Fee Schedule included in your form package, if you called us to request the form; or

3. Telephone our National Customer Service Center at **1-800-375-5283** and ask for the fee information.

(27)

Form G-1055 (Rev. 07/30/07) N



EXHIBIT M

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form G-1055, Fee Schedule

| Form Number | Title | Fee | Biometrics ($80.00) |
|---|---|---|---|
| I-90 | **Application to Replace Permanent Resident Card** | | |
| | If you are filing to register at age 14 years, your existing card will not expire before your 16th birthday and you are filing within 30 days of your 14th birthday. | No Fee | No |
| | If filing because your card was issued incorrectly due to USCIS error. | No Fee | No |
| | If filing because you never received your card. | No Fee | No |
| | All others. | $290.00 | Yes |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival-Departure Document | $320.00 | No |
| I-129 | **Petition for a Nonimmigrant Worker** <br> NOTE: Certain employers filing H1-B or L-1 petitions must submit supplemental fees of $750.00 or $1,500.00 or a fraud prevention fee of $500.00. To determine if you are required to pay one or more of these fees, see Form I-129 instructons. | $320.00 | No |
| I-129F | **Petition for Alien Fiance(e)** | | |
| | General fiance(e) petition | $455.00 | No |
| | For K-3 status based on an immigrant petition (Form I-130) filed by the same U.S. citizen husband or wife. | No Fee | No |
| I-130 | Petition for Alien Relative | $355.00 | No |
| I-131 | Application for Travel Document (for Reentry Permit, Refugee Travel Document, or Advance Parole) | $305.00 | No |
| I-140 | Immigrant Petition for Alien Worker | $475.00 | No |
| I-191 | Application for Advance Permission to Return to Unrelinquished Domicile | $545.00 | No |
| I-192 | Application for Advance Permission to Enter as a Nonimmigrant | $545.00 | No |
| I-193 | Application for Waiver of Passport and/or Visa | $545.00 | No |
| I-212 | Application for Permission to Reapply for Admission Into the United States After Deportation or Removal | $545.00 | No |
| I-290B | Notice of Appeal or Motion | $585.00 | No |
| I-360 | **Petition for Amerasian, Widow(er) or Special Immigrant** | | |
| | If filing for an Amerasian special immigrant. | No Fee | No |
| | If self-petitioning as a battered or abused spouse, parent or child of a U.S. citizen or lawful permanent resident. | No Fee | No |
| | If filing for a special immigrant juvenile. | No Fee | No |
| | All others. | $375.00 | No |
| I-485 | **Application to Register Permanent Residence or Adjust Status** | | |
| | If filing for adjustment as a refugee. | No Fee | No |
| | If under the age of 14 years and - | | |
| | Filing with the I-485 application of at least one parent. | $600.00 | No |
| | NOT filing with the I-485 application of at least one parent. | $930.00 | No |
| | If filing for adjustment and over the age of 79 years. | $930.00 | No |
| | All others. | $930.00 | Yes |



(28)

Form G-1055 (Rev. 07/30/07) N



EXHIBIT M

| Form Number | Title | Fee | Biometrics ($80.00) |
|---|---|---|---|
| I-485A | Supplement A to Form I-485, Adjustment of Status Under Section 245(i) | | |
| | If under the age of 17 years. | No Fee | No |
| | If an unmarried son or daughter of a legalized alien and under the age of 21 years. | No Fee | No |
| | If the spouse of a legalized alien under the Family Unity Program. | No Fee | No |
| | All others. | $1,000.00 | No |
| | NOTE: No biometric services fee is required when filing this form. However, the biometric services fee must be paid when filing the related I-485 application. | | |
| I-526 | Immigrant Petition by Alien Entrepeneur | $1,435.00 | No |
| I-539 | Application to Extend/Change Nonimmigrant Status | $300.00 | No |
| I-589 | Application for Asylum and for Withholding of Removal | No Fee | No |
| I-600A | Application for Advance Processing of Orphan Petition | $670.00 | Yes |
| | NOTE: Biometric services fee must be paid for the applicant, his or her spouse (if applicable) and each adult household member, 18 years or older. | | |
| | **Previously Approved Form I-600A:** If you already have an approved Form I-600A that is about to expire and you have not yet filed a Form I-600 petition, you can request one free extension of your Form I-600A. You must submit a written request to the USCIS office that adjudicated the initial I-600A. The request must be received no earlier than 90 days prior to the expiration of the Form I-600A approval, but before the Form I-600A approval notice expires. | | |
| I-600 | Petition to Classify Orphan as an Immediate Relative | | |
| | If based on an approved I-600A filed within the previous 18 months. | No Fee | No |
| | If based on a pending I-600A. | No Fee | No |
| | All others. | $670.00 | Yes |
| | NOTE: When petition is for siblings, only one Form I-600 with one fee ($670.00) is required. However, biometric services fee must also be submitted for the petitioner's spouse (if applicable) and each adult household member over the age of 18 years. | | |
| I-601 | Application for Waiver of Grounds of Inadmissibility | $545.00 | No |
| | NOTE: Only a single application and fee required when applying simultaneously for a waiver of health related inadmissibility grounds under section 212(h) or 212(i) of the INA. | | |
| I-612 | Application for Waiver of Foreign Residence Requirement | $545.00 | No |

(29)

Form G-1055 (Rev. 07/30/07) N Page 2

EXHIBIT M

| Form Number | Title | Fee | Biometrics ($80.00) |
|---|---|---|---|
| I-687 | Application for Status as a Temporary Resident Under Section 245A of the INA | $710.00 | Yes |
| I-690 | Application for Waiver of Grounds of Inadmissibility (For legalization and special agricultural worker applicants) | $185.00 | No |
| I-694 | Notice of Appeal of Decision Under Section 210 or 245A | $545.00 | No |
| I-695 | Application for Replacement of Form I-688A, Employment Authorization, or Form I-688, Temporary Residence Card (under P.L. 99-603) | $130.00 | No |
| I-698 | Application to Adjust Status From Temporary to Permanent Resident (Under Section 245A of the INA) | | |
| | If filed within 31 months from the date of adjustment to temporary residence. NOTE: The adjustment date is the date of filing of the application for permanent resdience or the applicant's eligibility date, whichever is later. | $1,370.00 | Yes |
| | If filed after 31 months from date of approval of temporary resident status. | $1,410.00 | Yes |
| I-730 | Refugee/Asylee Relative Petition | No Fee | No |
| I-751 | Petition to Remove Conditions on Residence NOTE: Each conditional resident child listed on the form who is seeking to remove their conditional status is required to submit the biometric service fee regardless of age. | $465.00 | Yes |
| I-765 | Application for Employment Authorization See form instructions for numerous fee exemptions. | $340.00 | No |
| I-817 | Application for Family Unity Benefits | | |
| | If under the age of 14 years. | $440.00 | No |
| | All others. | $440.00 | Yes |
| I-821 | Application for Temporary Protected Status | | |
| | Initial (first time) applicants. | $50.00 | Yes (see NOTE) |
| | Re-registration or renewal applicants. NOTE: Applicants between ages 14 and 65 years, inclusively, if filing for employment authorization must pay the required application fee. (See I-765, Application for Employment Authorization Document.) Applicants under 14 years of age and not filing for an employment authorization document are exempt from paying a biometrics fee. | No Fee | Yes (see NOTE) |
| I-824 | Application for Action on an Approved Application or Petition | $340.00 | No |
| I-829 | Petition by Entrepeneur to Remove Conditions NOTE: Each conditional resident child listed on the form who is seeking to remove their conditional status is required to submit the biometric service fee regardless of age | $2,850.00 | Yes |



Form G-1055 (Rev. 07/30/07) N Page 3




EXHIBIT M

| Form Number | Title | Fee | Biometrics ($80.00) |
|---|---|---|---|
| I-881 | Application for Suspension of Deportation or Special Rule Cancellation of Removal (Pursuant to Section 203 of Public Law 105-100, NACARA) | | |
| | If filed with USCIS | $285.00 | Yes |
| | Maximum payable by family when filed together (spouses and unmarried children) | $570.00 | Yes |
| | If filed with the Immigration Court (Executive Office of Immigration Review). | $165.00 | Yes |
| | See form's instructions for detailed fee information. **NOTE:** Single fee will be charged by the court whenever applications are filed by two or more applicants in the same proceedings. Fee not required if USCIS refers the application to the Immigration Court. Applicants filing with Immigration Court must submit a biometric services fee payable to Department of Homeland Security. | | |
| I-905 | Application for Authorization to Issue Certification for Health Care Workers | $230.00 | No |
| I-907 | Request for Premium Processing Services | $1,000.00 | No |
| | **NOTE:** This fee is in addition to the required filing fee for the related application or petition. | | |
| I-914 | Application for T Nonimmigrant Status | | |
| | If under the age of 14 years. | No Fee | No |
| | All other first time applicants. | No Fee | No |
| N-300 | Application to File Declaration of Intention | $235.00 | No |
| N-336 | Request for Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA) | $605.00 | No |
| N-400 | Application for Naturalization | | |
| | If filing through service in the U.S. Armed Forces (relating to Sections 328 or 329 of the INA). | No Fee | No |
| | All others. | $595.00 | Yes |
| N-410 | Motion for Amendment of Petition (Application) | $50.00 | No |
| N-470 | Application to Preserve Residence for Naturalization Purposes | $305.00 | No |
| N-565 | Application for Replacement Naturalization/Citizenship Document | $380.00 | No |
| N-600 | Application for Certificate of Citizenship | | |
| | If filing for an adopted child | $420.00 | No |
| | All others. | $460.00 | No |
| N-600K | Application for Citizenship and Issuance of Certificate Under Section 322 | | |
| | If filing for an adopted child | $420.00 | No |
| | All others. | $460.00 | No |
| N-644 | Application for Posthumous Citizenship | No Fee | No |

(31)

Form G-1055 (Rev. 07/30/07) N Page 4




EXHIBIT M