Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiffs  OUSSAMA MANNAA, SHIRLEY AZZGHAYER**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OUSSAMA MANNAA, SHIRLEY AZZGHAYER<br><br>        Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary Department of Homeland Security<br>ROSEMARY MELVILLE  District Director USCIS San Francisco District Office<br>EMILIO T. GONZALEZ, Director, USCIS<br>ALBERTO GONZALES, Attorney General, Department of Justice<br>        Defendants | **Case No. C 07-4504 WHA**<br><br>**Plaintiff's Declaration Of Proof Of Service** |

I, Kip Evan Steinberg, declare that:

    1.    I am employed in the County of Marin, California.  My business address is 1000 Fourth Street, Suite 600, San Rafael, CA 94901.

    2.    I am over the age of eighteen and not a party to the within action.

    3.    On **August 31, 2007**, I served copies of the following:

        (a)    File-Marked/Endorsed Complaint for Mandamus filed August 30, 2007

        (b)    Summons

1     (c)    Order Setting Initial Case Management Conference

2     (d)    Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Management Statement

(e)    Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup

(f)    Handbook of Dispute Resolution Procedures in the Northern District of California

(g)    Copy of the "Consent To Proceed Before A United States Magistrate Judge" Form

(h)    Instructions For Completion Of ADR Forms including ADR Certification Form

(i)    Welcome To The U.S. District Court, San Francisco

on the defendants and interested parties in said cause, by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid for Priority Mail/Signature Confirmation, in the United States mail at San Rafael, California, addressed as follows:

Michael Chertoff, Secretary  
Department of Homeland Security  
c/o Office of the General Counsel  
U.S. Department of Homeland Security  
Washington DC 20528

Rosemary Melville, District Director  
USCIS San Francisco District Office  
c/o Office of the General Counsel  
U.S. Department of Homeland Security  
Washington DC 20528

Emilio T. Gonzalez  
Director of USCIS  
c/o Office of the General Counsel  
U.S. Department of Homeland Security  
Washington DC 20528

*Mannaa v. Chertoff*  
Pl's Dec. Of Proof Of Service          2

1  Alberto Gonzales
   Attorney General
2  U.S. Department of Justice
   950 Pennsylvania Ave. NW
3  Washington DC 20530-0001

4  U.S. Department of Justice
   U.S. Attorney's Office
5  Northern District of California
   Attn: Civil Division, Floors 10-11
6  450 Golden Gate Ave.
   San Francisco, CA 94102

7
          I declare under penalty of perjury that the foregoing is true and correct,
8  and that this declaration was executed on **August 31, 2007** at San Rafael,
   California.

9

10

11

12                                            __/s/_____
                                              Kip Evan Steinberg
13

...

28  *Mannaa v. Chertoff*
    Pl's Dec. Of Proof Of Service            3