| | |
|---|---|
| 1 | Kip Evan Steinberg (SBN 096084) |
| 2 | LAW OFFICE OF KIP EVAN STEINBERG<br>Courthouse Square |
| 3 | 1000 Fourth Street, Suite 600<br>San Rafael, CA 94901 |
| 4 | Telephone: 415-453-2855<br>Facsimile: 415-456-1921 |
| 5 | kip@steinberg-immigration-law.com |
| 6 | **Attorney for Plaintiffs OUSSAMA MANNAA, SHIRLEY AZZGHAYER** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| OUSSAMA MANNAA, SHIRLEY AZZGHAYER | ) | |
| Plaintiffs, | ) | **Case No. C 07-4504 WHA** |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security<br>ROSEMARY MELVILLE District Director<br>USCIS San Francisco District Office<br>EMILIO T. GONZALEZ, Director, USCIS<br>ALBERTO GONZALES, Attorney General,<br>Department of Justice | ) | **Plaintiff's Return Of<br>Executed Summons** |
| Defendants | ) | |

Plaintiff returns the summons and five "track and confirm" search results from USPS.COM plus copies of four U.S. Postal Service Delivery Confirmation Receipts, indicating receipt of the suit papers by three of the four defendants and the Office of the U.S. Attorney. We are also attaching Federal Express proof of delivery receipts, indicating receipt of the suit papers for the remaining defendant, Alberto Gonzales This is because the original delivery of suit papers to the Office of the Attorney General by USPO priority mail was not successful. All defendants have been served.

*Mannaa v. Chertoff*
Pl's Return Of Executed Summons               1

1  Dated: September 19, 2007
2
3                                           _____/s/_____
                                            Kip Evan Steinberg
4                                           Attorney for Plaintiff  Mannaa
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  *Mannaa v. Chertoff*
    Pl's Return Of Executed Summons        2