# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Oussama Mannaa, Shirley Azzghayer

**V.**

Michael Chertoff, Rosemary Melville, Emilio T. Gonzalez, Alberto Gonzales

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4504 *WHA*

TO: (Name and address of defendant)

Michael Chertoff, Secretary, Department of Homeland Security; Rosemary Melville, District Director, USCIS
San Francisco District Office; Emilio T. Gonzalez, Director, USCIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington D.C. 20528

(Continued on Attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kip Evan Steinberg (SBN 096084)
Law Offices of Kip Evan Steinberg
1000 Fourth Street, Suite 600
San Rafael, CA 94901

Telephone 415-453-2855

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

AUG 3 0 2007

DATE

ATTACHMENT TO SUMMONS

MANNAA v. CHERTOFF *et al.*

(Continuation of Name and Address of Defendants)

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C. 20530-0001

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm            FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5601**
Status: **Delivered**

Your item was delivered at 11:49 AM on September 6, 2007 in
WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)
Michael Chertoff Secretary DHS
c/o Office of the General Counsel
Dept. of Homeland Security
Wash. D.C. 20528

**DELIVERY CONFIRMATION NUMBER:**
0307 0020 0001 1572 5601

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002





**UNITED STATES POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5625**
Status: **Delivered**

Your item was delivered at 11:49 AM on September 6, 2007 in
WASHINGTON, DC 20528.



Track & Confirm

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

 POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*
Rosemary Melville, D.D.
USCIS S.F. District Office
c/o Office of the General Counsel
D.H.S./Wash D.C.

**DELIVERY CONFIRMATION NUMBER:**
0307 0020 0001 1572 5625

Postmark 20528
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

**PS Form 152, May 2002**          (See Reverse)





Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5618**
Status: **Delivered**

Your item was delivered at 11:49 AM on September 6, 2007 in
WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*

Emilio T. Gonzalez, Director USCIS
c/o Office of the General Counsel
Dept. of Homeland Security
Wash D.C. 20528

DELIVERY CONFIRMATION NUMBER:  0307 0020 0001 1572 5618

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)





# UNITED STATES
## POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5588**
Status: **Delivered**

Your item was delivered at 10:07 AM on September 4, 2007 in SAN
FRANCISCO, CA 94102.

Track & Confirm

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)  US DOJ
(Please Print Clearly)  U.S. Attorney's Office, N.D. Cal
ATTN: Civil Division, Firs. 10-11)
450 Golden Gate Ave.
S.F, CA 94102

DELIVERY CONFIRMATION NUMBER:
0307 0020 0001 1572 5588

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002        (See Reverse)



 **UNITED STATES POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5595**
Status: **Notice Left**

We attempted to deliver your item at 10:57 AM on September 6, 2007 in WASHINGTON, DC 20530 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                                   ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
(Please Print Clearly)

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5595

Alberto Gonzales, Attorney General
U.S. D. O. J.
950 Pennsylvania Ave, NW
Wash D.C. 20530-

Postmark Here   0001

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002         (See Reverse)





FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

September 20, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **835805156944**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Sep 19, 2007 09:29 |
| Signed for by: | A.FRASIER | | |
| Service type: | Express Saver Envelope | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 835805156944 | Ship date: | Sep 17, 2007 |
| | | Weight: | 1.0 lbs. |

| | | | |
|---|---|---|---|
| Recipient: | | Shipper: | |
| US | | SAN US | |

| | | | |
|---|---|---|---|
| Reference | | MANNAA | |

---

**FedEx** ® **USA Airbill**   FedEx Tracking Number  **8358 0515 6944**      Form I.D. No.  **0215**      **SAC23**   **Sender's Copy**

**1 From** Please print and press hard.
Date 9/17/07   Sender's FedEx Account Number  2547-4183-3

Sender's Name _____   Phone (415)453-2855

Company LAW OFFICE OF KIP STEINBERG

Address 1000 4TH ST STE 600   Dept./Floor/Suite/Room

City SAN RAFAEL   State CA   ZIP 94901

**2 Your Internal Billing Reference** Mannaa   OPTIONAL
First 24 characters will appear on invoice.

**3 To**
Recipient's Name Alberto Gonzales, Attorney General   Phone (   )

Company U.S. DEPT. OF JUSTICE

Address 950 Pennsylvania Ave., N W
We cannot deliver to P.O. boxes or P.O. ZIP codes.

To "HOLD" at FedEx location, print FedEx address.   Dept./Floor/Suite/Room

Address

City Washington   State DC   ZIP 20530-

**4a Express Package Service**   *Packages up to 150 lbs.*   Delivery commitment may be later in some areas.
☐ FedEx Priority Overnight   Next business morning
☐ FedEx Standard Overnight   Next business afternoon
☐ FedEx First Overnight   Earliest next business morning delivery to select locations
☐ FedEx 2Day   Second business day   FedEx Envelope rate not available. Minimum charge: One-pound rate
☒ FedEx Express Saver   Third business day

**4b Express Freight Service**   *Packages over 150 lbs.*   Delivery commitment may be later in some areas.
☐ FedEx 1Day Freight*   Next business day
☐ FedEx 2Day Freight   Second business day
☐ FedEx 3Day Freight   Third business day
* Call for Confirmation

**5 Packaging**   *Declared value limit $500*
☒ FedEx Envelope*
☐ FedEx Pak*   Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
☐ Other

**6 Special Handling**   Include FedEx address in Section 3.
☐ SATURDAY Delivery   Available ONLY for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
☐ HOLD Weekday   at FedEx Location   Available ONLY for FedEx First Overnight
☐ HOLD Saturday   at FedEx Location   Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations
Does this shipment contain dangerous goods?   One box must be checked.
☒ No
☐ Yes   As per attached Shipper's Declaration
☐ Yes   Shipper's Declaration not required
☐ Dry Ice   Dry Ice, 9, UN 1845 ___ x ___ kg
Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
Enter FedEx Acct. No. or Credit Card No. below.
☒ Sender   Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

FedEx Acct. No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value†   (6)



US Home                                           Information Center | Customer Support | Site Map

Español                                                    Search        Go!

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Services

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

📑 Printable Version    ❓ Quick Help

**Tracking number**    835805156944         **Reference**                MANNAA            Wrong Address?
**Signed for by**      A.FRASIER            **Delivered to**             Shipping/Receiving  Reduce future mistakes by using
**Ship date**          Sep 17, 2007         **Service type**             Express Saver       FedEx Address Checker.
**Delivery date**      Sep 19, 2007 9:29 AM                              Envelope
                                            **Weight**                   1.0 lbs.            Tracking a FedEx SmartPost
**Status**             Delivered                                                            Shipment?
                                                                                            Go to shipper login
**Signature image**    Yes
**available**

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 19, 2007 | 9:29 AM | **Delivered** | | |
| | 8:43 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:17 AM | At local FedEx facility | WASHINGTON, DC | |
| Sep 18, 2007 | 6:32 PM | At dest sort facility | DULLES, VA | |
| | 3:47 PM | Departed FedEx location | MEMPHIS, TN | |
| | 12:48 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 17, 2007 | 7:28 PM | Left origin | SAN RAFAEL, CA | |
| | 5:03 PM | Picked up | SAN RAFAEL, CA | |

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** [                    ]         **Your E-mail Address:** [                    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [              ] | English ▾ | ☐ | ☐ |
| [              ] | English ▾ | ☐ | ☐ |
| [              ] | English ▾ | ☐ | ☐ |
| [              ] | English ▾ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or

⑦