SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OUSSAMA MANNAA,<br>SHIRLEY AZZGHAYER,<br><br>      Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>ROSEMARY MELVILLE, District Director,<br>USCIS San Francisco District Office;<br>EMILIO T. GONZALEZ, Director, USCIS;<br>ALBERTO GONZALES, Attorney General,<br>Department of Justice,<br><br>      Defendants. | ) No. C 07-4504 WHA<br>)<br>)<br>) **PARTIES' JOINT REQUEST TO BE**<br>) **EXEMPT FROM FORMAL ADR**<br>) **PROCESS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

Resolution Procedures in the Northern District of California," or the specified portions of the ADR

Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

options provided by the court and private entities, and considered whether this case might benefit

from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

mandamus action is limited to Plaintiff Mannaa's request that this Court compel Defendants to

adjudicate the application for adjustment of status. Given the substance of the action and the lack

ADR Exemption Request
C07-4504 WHA               1

1  of any potential middle ground, ADR will only serve to multiply the proceedings and

2  unnecessarily tax court resources.

3      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

4  ADR Multi-Option Program and that they be excused from participating in the ADR phone

5  conference and any further formal ADR process.

6  Dated: November 15, 2007                    Respectfully submitted,

7                                              SCOTT N. SCHOOLS
                                               United States Attorney
8

9                                                        /s/
10                                             ILA C. DEISS
                                               Assistant United States Attorney
11                                             Attorney for Defendants

12

13 Dated: November 15, 2007                             /s/
                                               KIP EVAN STEINBERG
14                                             Attorney for Plaintiffs

15

16                                    **ORDER**
17
       Pursuant to stipulation, IT IS SO ORDERED.
18

19

20 Date:
                                               WILLIAM ALSUP
21                                             United States District Judge.

22

23

24

25

26

27

28

ADR Exemption Request
C07-4504 WHA                    2