1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 OUSSAMA MANNAA,
   SHIRLEY AZZGHAYER,                ) No. C 07-4504 WHA
13                                   )
            Plaintiffs,               )
14                                   ) **PARTIES' JOINT REQUEST TO BE**
         v.                           ) **EXEMPT FROM FORMAL ADR**
15                                   ) **PROCESS**; ORDER THEREON
   MICHAEL CHERTOFF, Secretary,      )
16 Department of Homeland Security;   )
   ROSEMARY MELVILLE, District Director, )
17 USCIS San Francisco District Office; )
   EMILIO T. GONZALEZ, Director, USCIS; )
18 ALBERTO GONZALES, Attorney General, )
   Department of Justice,             )
19                                   )
            Defendants.               )
20 _____  )

21     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

24 options provided by the court and private entities, and considered whether this case might benefit

25 from any of them.

26     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

27 mandamus action is limited to Plaintiff Mannaa's request that this Court compel Defendants to

28 adjudicate the application for adjustment of status. Given the substance of the action and the lack

ADR Exemption Request
C07-4504 WHA                           1

1 | of any potential middle ground, ADR will only serve to multiply the proceedings and
2 | unnecessarily tax court resources.
3 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
4 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
5 | conference and any further formal ADR process.

6 | Dated: November 15, 2007          Respectfully submitted,

7 |                                                           SCOTT N. SCHOOLS
8 |                                                           United States Attorney

9 |

10 |                                                             /s/
                                                         ILA C. DEISS
                                                         Assistant United States Attorney
11 |                                                          Attorney for Defendants

13 | Dated: November 15, 2007               /s/
                                                         KIP EVAN STEINBERG
14 |                                                          Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

20 | Date: November 27, 2007.

WILLIAM ALSUP
United States District Judge.

*IT IS SO ORDERED*
*Judge William Alsup*