**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 6, 2007

Case No.  C 07-04504 WHA

Title: OUSSAMA MANNAA  v. MICHAEL CHERTOFF

Plaintiff Attorneys: Kip Evan Steinberg

Defense Attorneys: Ila Deiss

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to  **3/13/08 at 8:00am**   for Motion Hearing

Continued to    for Pretrial Conference

Continued to    for Trial

**ORDERED AFTER HEARING:**

Defendant advised the Court that the FBI completed plaintiff's background check yesterday.  Parties should be able to resolve the case in the next 30 days.

If the case is not resolved, plaintiff shall file a  motion by 1/10/08; opposition due 1/31/08; plt's reply due 2/14/08; dft's reply due 2/28/08.