**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OUSSAMA MANNAA and SHIRLEY AZZGHAYER,

    Plaintiffs,

  v.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security,
ROSEMARY MELVILLE, District Director,
ASCIS San Francisco District Office,
EMILIO T. GONZALEZ, Director, ASCIS,
MICHAEL MUKASEY, Attorney General,
Department of Justice,

    Defendant.
_____/

No. C 07-04504 WHA

**CASE MANAGEMENT ORDER**

After a case management conference, the Court sets the following schedule:

| | |
|---|---|
| Plaintiffs' motion for summary judgment due: | January 10, 2008 |
| Defendants' opposition/cross-motion due: | January 31, 2008 |
| Plaintiffs' reply/opposition due: | February 14, 2008 |

| | |
|---|---|
| Defendants' reply due: | February 28, 2008 |
| Hearing: | March 13, 2007, at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 6, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE