**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   OUSSAMA MANNAA and SHIRLEY
     AZZGHAYER,
11                                                      No. C 07-04504 WHA
              Plaintiffs,
12
       v.
13                                                      **AMENDED CASE
     MICHAEL CHERTOFF, Secretary,                       MANAGEMENT ORDER**
14   Department of Homeland Security,
     ROSEMARY MELVILLE, District Director,
15   ASCIS San Francisco District Office,
     EMILIO T. GONZALEZ, Director, ASCIS,
16   MICHAEL MUKASEY, Attorney General,
     Department of Justice,
17
              Defendant.
18   _____/
19
20          After a case management conference, the Court sets the following schedule:
21
22          Plaintiffs' motion for summary judgment due:          January 10, 2008
23          Defendants' opposition/cross-motion due:              January 31, 2008
24          Plaintiffs' reply/opposition due:                     February 14, 2008
25
26
27
28

**United States District Court**
For the Northern District of California

1    Defendants' reply due:                                February 28, 2008

2

3    Hearing:                                *March 13, 2008,*
                                             *at 8:00 a.m.*

4

5                 **IT IS SO ORDERED.**

6

7    Dated:  December 6, 2007.

                                             _____
8                                            WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2