1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  OUSSAMA MANNAA,                    )
    SHIRLEY AZZGHAYER,                 )    No. C 07-4504 WHA
13                                     )
              Plaintiffs,              )
14                                     )
          v.                           )    **STIPULATION TO DISMISS; AND**
15                                     )    **[PROPOSED] ORDER**
    MICHAEL CHERTOFF, Secretary,       )
16  Department of Homeland Security;   )
    ROSEMARY MELVILLE, District Director, )
17  USCIS San Francisco District Office; )
    EMILIO T. GONZALEZ, Director, USCIS; )
18  ALBERTO GONZALES, Attorney General, )
    Department of Justice,             )
19                                     )
              Defendants.              )
20  _____ )

21     Plaintiffs, by and through their attorney of record, and Defendants by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23  in light of the adjudication of Plaintiff Mannaa's adjustment of status application.

24     Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27

28
    Stipulation to Dismiss
    C07-4504 WHA                    1

Dated: December 11, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorney for Defendants


Dated: December 11, 2007                    _____/s/_____
                                            KIP EVAN STEINBERG
                                            Attorney for Plaintiffs


                                    **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


Date:                                       _____
                                            WILLIAM ALSUP
                                            United States District Judge.

Stipulation to Dismiss
C07-4504 WHA                    2