1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  OUSSAMA MANNAA,                     )
    SHIRLEY AZZGHAYER,                  ) No. C 07-4504 WHA
13                                      )
               Plaintiffs,              )
14                                      )
         v.                             ) **STIPULATION TO DISMISS; AND**
15                                      ) [PROPOSED] **ORDER**
    MICHAEL CHERTOFF, Secretary,        )
16  Department of Homeland Security;    )
    ROSEMARY MELVILLE, District Director,)
17  USCIS San Francisco District Office;)
    EMILIO T. GONZALEZ, Director, USCIS;)
18  ALBERTO GONZALES, Attorney General, )
    Department of Justice,              )
19                                      )
               Defendants.              )
20  _____)

21     Plaintiffs, by and through their attorney of record, and Defendants by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23  in light of the adjudication of Plaintiff Mannaa's adjustment of status application.

24     Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27

28
    Stipulation to Dismiss
    C07-4504 WHA                           1

1 | Dated: December 11, 2007                              Respectfully submitted,

2 |                                                                              SCOTT N. SCHOOLS
   |                                                                              United States Attorney

3 |

4 |
   |                                                                              _____/s/_____
5 |                                                                              ILA C. DEISS
   |                                                                              Assistant United States Attorney
6 |                                                                              Attorney for Defendants

7 |

8 | Dated: December 11, 2007                              _____/s/_____
   |                                                                              KIP EVAN STEINBERG
9 |                                                                              Attorney for Plaintiffs

10 |

11 |                                         **ORDER**

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Date:                                                           _____
15 |                                                                              WILLIAM ALSUP
    |                                                                              United States District Judge.

Stipulation to Dismiss
C07-4504 WHA                                              2